FILED
OCT - 4 2023
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| CHAD E. BROWN, a/k/a "JBo," | ) | 4:23CR521-MTS/RHH |
| | ) | |
| Defendant. | ) | |

**INDICTMENT**

The Grand Jury charges:

**COUNT 1**

On or about May 27, 2021, in the Eastern District of Missouri, and elsewhere, the defendant,

**CHAD E. BROWN, a/k/a "JBo,"**

knowingly executed, and attempted to execute, a scheme and artifice to defraud a financial institution, and to obtain moneys, funds, credits, assets, securities, and other property owned by and under the custody and control of a financial institution, by means of materially false and fraudulent pretenses, representations, and promises, in that **BROWN** submitted and caused to be submitted a fraudulent Paycheck Protection Program (PPP) loan application to BSD Capital, LLC d/b/a Lendistry, a financial institution and third-party participating lender in the PPP, for approximately $20,833 on behalf of Popular Music Group.

All in violation of Title 18, United States Code, Section 1344.

## COUNT 2

On or about May 27, 2021, in the Eastern District of Missouri, and elsewhere, the defendant,

**CHAD E. BROWN, a/k/a "JBo,"**

knowingly made and used a false writing and document, knowing it contained a materially false, fictitious, and fraudulent statement and entry in a matter within the jurisdiction of the Small Business Administration, an agency of the executive branch of the Government of the United States by submitting an fraudulent IRS Schedule C for Chad Brown, proprietor of Popular Music Group, to BSD Capital, LLC, d/b/a Lendistry, in support of his application for a PPP loan.

All in violation of Title 18, United States Code, Section 1001(a)(3).

## FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1. Pursuant to Title 18, United States Code, Section 982(a)(2), upon conviction of an offense in violation of Title 18, United States Code, Section 1344, as set forth in Count 1, the defendant shall forfeit to the United States of America any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation. Subject to forfeiture is a sum of money equal to the total value of property constituting or derived from proceeds obtained directly or indirectly as a result of such violation.

2. If any of the property described above, as a result of any act or omission of the Defendants:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without

difficulty, the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL.

______________________________
FOREPERSON

SAYLER A. FLEMING
United States Attorney

______________________________
JEANNETTE S. GRAVISS, #44483MO
Assistant United States Attorney